UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| LUIS L.P., | Case No. 25-CV-4741 (NEB/DJF) |
| Petitioner, | |
| v. | |
| JOEL BROTT, Sheriff, Sherburne County, MN, SAMUEL OLSON, Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement, KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, and PAMELA BONDI, Attorney General of the United States, in their official capacities, | ORDER |
| Respondents. | |

---

The Court has already concluded that petitioners similarly situated to Luis L.P. are entitled to a bond hearing under the law. *R.E. v. Bondi*, No. 25-CV-3946 (NEB/DLM), 2025 WL 3146312 (D. Minn. Nov. 4, 2025). Respondents provide no reason for the Court to stray from that decision. For the reasons explained in *R.E.*, the Court grants the Petition for Writ of Habeas Corpus to the extent it requests a bond hearing.[1]

---

[1] The parties dispute whether L.P. is a member of the class certified in *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025), *judgment entered sub nom. Bautista v. Noem*, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). The Court need not decide that issue because it grants the Petition on other grounds.

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows. L.P.'s detention without an individualized custody determination violated the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment;

2. Within **seven days**, Respondents must either provide L.P. a bond hearing or release L.P.; and

3. Within **fourteen days**, the parties shall advise the Court whether additional proceedings in this matter are required.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 9, 2026            BY THE COURT:

                                              s/Nancy E. Brasel
                                              Nancy E. Brasel
                                              United States District Judge