# UNITED STATES DISTRICT COURT

## District of Minnesota

Luis Marcelo Lopez Pantocin,

Petitioner,

v.

Joel Brott, Samuel Olson, Kristi Noem, Pamela Bondi,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-4741 NEB/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows. L.P.'s detention without an individualized custody determination violated the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment;
2. Within **seven days**, Respondents must either provide L.P. a bond hearing or release L.P.; and
3. Within **fourteen days**, the parties shall advise the Court whether additional proceedings in this matter are required.

Date: 1/9/2026

KATE M. FOGARTY, CLERK